**100-08/MFM**
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendant
80 Pine Street
New York, New York 10005
(212) 425-1900


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
CHRISTOPHER LAIRD,                                    **RULE 7.1 STATEMENT**

                        Plaintiff,

            -against-                        **08 CIVIL 0888**
                                             Judge Buchwald
McALLISTER TOWING,

                        Defendant.
----------------------------------------x

    McALLISTER TOWING OF NEW YORK, LLC, through its

attorneys, Freehill Hogan & Mahar LLP, certify that it

has no corporate parents and that no publicly held

corporation owns 10% or more of their stock.

Dated: New York, New York
       February 29, 2008


                        FREEHILL HOGAN & MAHAR LLP
                        Attorneys for Defendant

                    By _____
                        Mark F. Muller (MM 7985)
                        80 Pine Street
                        New York, New York  10005-1759
                        (212) 425-1900

NYDOCS1/299801.1