100-08/MFM
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendant
80 Pine Street
New York, New York 10005
(212) 425-1900


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
CHRISTOPHER LAIRD,                                         **DEFENDANT'S ANSWER
                                                          TO PLAINTIFF'S
                              Plaintiff,                  COMPLAINT**

                   -against-                              **08 CIVIL 0888**
                                                          Judge Buchwald
McALLISTER TOWING,

                              Defendant.
-------------------------------------------x

    Defendant, by its attorneys, Freehill, Hogan & Mahar
LLP, answering plaintiff's Complaint alleges upon
information and belief as follows:

    FIRST:    Defendant denies any knowledge or information
sufficient to form a belief as to each and every allegation
contained in paragraph numbered "1," of plaintiff's
Complaint.

    SECOND:  Defendant denies each and every allegation
contained in paragraph numbered "2" of plaintiff's
Complaint and refers all questions of law to the Court.

    THIRD:   Defendant denies each and every allegation
contained in paragraphs numbered "3," "4" and "5" of
plaintiff's Complaint except admits that on June 15, 2007,
plaintiff was employed by defendant as a crewmember.

NYDOCS1/299799.1

## AS AND FOR A FIRST DEFENSE

FOURTH:    That if the plaintiff sustained any injuries as alleged in the complaint, said injuries and/or illnesses were caused in whole or in part by plaintiff's own negligence and were not caused or contributed to in any manner by any negligence of the defendant.

## AS AND FOR A SECOND DEFENSE

FIFTH: If the plaintiff received any injuries and/or illnesses as alleged in the Complaint, said injuries and/or illnesses were caused in whole or in part by plaintiff's own failure to perform the duties assumed as a term of his employment.

WHEREFORE, defendant demands that the Complaint be dismissed with costs and attorneys' fees to the defendant as against the plaintiff and that the Court grant to the defendant such other, further and different relief as the justice of the cause may require.

Dated: New York, New York
        February 29, 2008

                         FREEHILL HOGAN & MAHAR LLP
                         Attorneys for Defendant

                   By _____
                         Mark F. Muller (MM 7985)
                         80 Pine Street
                         New York, New York   10005-1759
                         Tel: 212-425-1900
                         Fax: 212-425-1901
                         muller@freehill.com
                                    2

NYDOCS1/299799.1

TO:     ROBERT E. ASHKIN
        Attorney for Plaintiff
        580 Broadway, Suite 906
        New York, NY  10012
        Tel: 212-965-0010
        Fax: 212-965-1301
        (#115461515)
        *robertaashkin@aol.com*

        Dennis M. O'Bryan, Esq.
        O'BRYAN BAUN COHEN KUEBLER
        401 S. Old Woodward, Suite 320
        Birmingham, MI  48009
        Tel: 248-258-6262
        Fax: 248-258-6047
        (P30545)

NYDOCS1/299799.1