STATE OF NEW YORK )
                   ss.
COUNTY OF NEW YORK)

    I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, New York, New York 10005. On February 29, 2008 I served the within DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO: ROBERT E. ASHKIN
    Attorney for Plaintiff
    580 Broadway, Suite 906
    New York, NY 10012
    212-965-0010

    Dennis M. O'Bryan, Esq.
    O'BRYAN BAUN COHEN KUEBLER
    401 S. Old Woodward, Suite 320
    Birmingham, MI 48009
    248-258-6262
    (P30545)

_____
CLARE MAZZA

Sworn to before me on
this 29TH DAY OF FEBRUARY, 2008

_____
Notary Public

NYDOCS1/299798.1

MELISSA COLFORD
Commissioner of Deeds
City of New York-No. 5-1692
Certificate Filed in New York
Commission Expires 4/1/09