UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LAIRD,

    Plaintiff,

vs.

MCALLISTER TOWING,

    Defendant.

Case No. 1:08-cv-0888

---

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com

---

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Roberta E. Ashkin, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

Kirk E. Karamanian
O'Bryan Baun Cohen Kuebler Karamanian
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
kkaramanian@obryanlaw.net

Kirk E. Karamanian is a member in good standing of the Bar of the State of Michigan.

There are no pending disciplinary proceedings against Kirk Karamanian.

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Kirk Edward Karamanian*

was admitted to the practice of law in the courts of the State of Michigan on

*June 9, 1995*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: April 28, 2008

_____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LAIRD,

        Plaintiff,                      Case No. 1:08-cv-0888

vs.

MCALLISTER TOWING,

        Defendant.

---

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com

---

### AFFIDAVIT OF ROBERTA E. ASHKIN
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK    )
                                 )SS
COUNTY OF *New York*  )

      Roberta E. Ashkin, being duly sworn, deposes and says as follows:

      1.    I am counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Kirk E. Karamanian as counsel *pro hac vice* to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Kirk E. Karamanian since 2007.

4.  Kirk E. Karamanian is associated with the firm of O'Bryan Baun Cohen Kuebler Karamanian in Birmingham, Michigan.

5.  I have found Kirk E. Karamanian to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Kirk E. Karamanian, *pro hac vice*.

7.  I respectfully submit a proposed Order granting the admission of Kirk E. Karamanian, *pro hac vice*, which is attached hereto as **Exhibit A**.

WHEREFORE, it is respectfully requested that the motion to admit Kirk E. Karamanian, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

Roberta E. Ashkin
SDNY Bar Code: 115461515

Subscribed and sworn to before me
this 30 day of March, 2008.

SCOTT A. FURMAN
Notary Public, State of New York
No. 4310174
Qualified in New York County
Commission Expires May 31, 20_10

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LAIRD,

    Plaintiff,                                    Case No. 1:08-cv-0888

vs.

MCALLISTER TOWING,

    Defendant.

---

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com

---

### ORDER FOR ADMISSION PRO HAC VICE
### ON WRITTEN MOTION

Upon the motion of Roberta E. Ashkin, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Kirk E. Karamanian
    O'Bryan Baun Cohen Kuebler Karamanian
    401 S. Old Woodward, Ste. 450
    Birmingham, MI 48009
    (248) 258-6262
    (248) 258-6057 fax
    kkaramanian@obryanlaw.net

is admitted to practice pro hac vice as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the <u>pro hac vice</u> fee to the Clerk of the Court.

Dated: _____

_____<br>United States District Judge