UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LAIRD,

    Plaintiff,

vs.

MCALLISTER TOWING,

    Defendant.

Case No. 1:08-cv-0888

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com



USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

### ORDER FOR ADMISSION PRO HAC VICE
### ON WRITTEN MOTION

Upon the motion of Roberta E. Ashkin, attorney for Plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Kirk E. Karamanian
    O'Bryan Baun Cohen Kuebler Karamanian
    401 S. Old Woodward, Ste. 450
    Birmingham, MI 48009
    (248) 258-6262
    (248) 258-6057 fax
    kkaramanian@obryanlaw.net

is admitted to practice pro hac vice as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: May 20, 2008

United States District Judge