GEORGE B FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L ROSS*
ERIC E. LENCK
JOHN J WALSH*
PATRICK J BONNER*
PETER J GUTOWSKI
MARK F. MULLER
WAYNE D MEEHAN*
DON P MURNANE, JR.△
THOMAS M RUSSO
THOMAS M CANEVARI †
MICHAEL FERNANDEZ*
JOHN F KARPOUSIS*△
MICHAEL E UNGER*†
WILLIAM J PALLAS*
GINA M VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G CARNEVALE*
MANUEL A MOLINA
JUSTIN T NASTRO*
PAMELA L SCHULTZ**'
DANIEL J. FITZGERALD*†△
MICHAEL C ELLIOTT*
JAN P GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D C
' ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

July 15, 2008

MEMO ENDORSED
[SEE P. 2]

Our Ref: 100-08/MM

Honorable Judge Naomi Reice Buchwald
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Courtroom 21A
New York, New York  10007

    RE: Christopher Laird v.
        McAllister Towing
        USDC - SDNY - 08 CV 0888

Dear Judge Buchwald:

    At the April 24, 2008 Pre-Trial Conference Your Honor directed the parties to send you a letter by July 25, 2008 reporting on discovery and settlement status. Plaintiff has been deposed and has been examined by defendant's medical experts. Defendant has not yet received the reports of those examinations. At deposition, plaintiff admitted to a number of criminal convictions, and defendant is investigating plaintiff's criminal background. Further, plaintiff admitted to a post-accident car accident wherein he drove his truck into a ditch going 35 miles per hour as well as another incident involving an assault/altercation with a neighbor. Defendant is investigating the details of those incidents as well.

    Plaintiff is interested in deposing a number of plaintiff's fellow crewmembers, and we are making the necessary arrangements.

NYDOCS1/308535.1

Although no formal settlement discussions have taken place, the writer and Mr. O'Bryan have had success settling maritime personal injury cases in the past, and are reasonably confident that this case will settle after the above referenced discovery has been completed. We therefore request an additional ninety days to complete discovery at which time we shall report back to the Court regarding settlement status.

Very truly yours,
FREEHILL HOGAN & MAHAR LLP

Mark F. Muller

MFM:cm

*Application granted. No further extensions. So Ordered.*

*Naomi Reice Buchwald, USDJ*
*7/17/08*

c: Dennis M. O'Bryan, Esq.
O'Bryan Baun Cohen Kuebler
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
**Via Fax: 248-258-6047**

Roberta E. Ashkin
580 Broadway, Suite 906
New York, NY 10012
**Via Fax: 212-965-1301**